IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRYAN P. DONNELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-98-1628-F |
| ) | |
| JESSE C. TRENTADUE; SUITTER ) | |
| AXLAND P.L.C.; CONDE' NAST ) | |
| PUBLICATIONS INC.; ADVANCE ) | |
| MAGAZINE PUBLISHERS INC.; ) | |
| and MARY A. FISCHER, ) | |
| ) | |
| Defendants ) | |

FILED JAN 31

DOCKETED

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties pursuant to Rule 41 and stipulate that all claims herein and this action are hereby dismissed with prejudice.

_____
STEVEN E. CLARK, OBA # 1712
CLARK & MITCHELL, P.C.
101 Park Avenue, Suite 210
Oklahoma City, Oklahoma 73102
(405) 235-8488
(405) 235-7979 (fax)

*Attorney For Plaintiff Donnelly*

ENTERED ON JUDGMENT DOCKET ON   FEB 3 2003

*[signature]*

R. SCOTT ADAMS, ESQ., OBA#13003
JOE BRETT REYNOLDS, OBA#15128
ADAMS & ASSOCIATES
City Place Building
204 North Robinson, 25th floor
Oklahoma City, OK 73102
(405) 232-9100
(405) 232-9114 (fax)

*Attorneys for Defendant Suitter Axland and Jesse Trentadue*

*and*

*[signature]*

ROBERT D. NELON, OBA#6610
JON EPSTEIN, OBA#13274
HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON
100 North Broadway
Bank One Center, Suite 2900
Oklahoma City, OK 73102-8865
(405) 553-2828
(405) 553-2855 (fax)

*Attorneys for Defendants Advance Magazine Publishers, Inc. (And its Division Conde Nast Publications, Inc.) And Mary Fischer*

2