IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA  73102

Date: ~~January~~ FebRuARy 3, 2003

**DOCKETED**

BRYAN P. DONNELLY,                      )
                                         )
                Plaintiff,               )
                                         )
-vs-                                     )          Case No. CIV-98-1628-F
                                         )
JESSE CARL TRENTADUE, et al.,            )
                                         )
                Defendants.              )

ENTER ORDER:

Before the court is Plaintiff's Motion to Enforce Settlement Agreement and to Impose
Sanctions, filed January 22, 2003 [docket entry #237].  Upon the advice of counsel for
plaintiff that said motion is moot, it is hereby **STRICKEN AS MOOT**.

By direction of Judge Stephen P. Friot, we have entered the above enter order.


                                         Robert D. Dennis, Clerk


                                         By:_____
                                                    Deputy Clerk

cc:  all parties

98-1628p029.wpd